IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLARD SCISSUM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:09cv559-WHA |
| LVNV FUNDING LLC, | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal (filed by the Plaintiff as a "Motion to Dismiss") (Doc. #6), filed on September 14, 2009, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 15th day September, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE